Lothar Goernitz
P.O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WAHLBERG, TIMOTHY FREDERICK | § | Case No. 11-26817-PHX SSC |
| WAHLBERG, JENNIFER LOUISE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was       and the deadline for filing governmental claims was     . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $     . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $     as interim compensation and now requests a sum of $     , for a total compensation of $     [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $    , and now requests reimbursement for expenses of $    , for total expenses of $    [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Lothar Goernitz _____
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 11-26817-PHX   SSC   Judge: SARAH S. CURLEY

Case Name: WAHLBERG, TIMOTHY FREDERICK
WAHLBERG, JENNIFER LOUISE

For Period Ending: 11/08/12

Trustee Name: Lothar Goernitz
Date Filed (f) or Converted (c): 09/20/11 (f)
341(a) Meeting Date: 10/24/11
Claims Bar Date: 09/04/12

| 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. 1148 N. BARKLEY, MESA, AZ 85203 | 171,200.00 | 0.00 | | 0.00 | FA |
| 2. AZ FEDERAL CREDIT UNION SAVINGS ACCOUNT | 150.00 | 0.00 | | 0.00 | FA |
| 3. AZ FEDERAL CREDIT UNION CHECKING ACCOUNT | 150.00 | 0.00 | | 0.00 | FA |
| 4. COUCHES, BOOKCASE, TABLE, LAMP, TELEVISIONS, VCR/D | 5,890.00 | 0.00 | | 0.00 | FA |
| 5. PERSONAL BOOKS, FAMILY PHOTOS, DVDS | 100.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHES AND SHOES | 500.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHES AND SHOES | 500.00 | 0.00 | | 0.00 | FA |
| 8. WEDDING RINGS, ENGAGEMENT RING | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. (1) RUGER .22 RIFLE AND (1) .22 PISTOL | 600.00 | 0.00 | | 0.00 | FA |
| 10. NEW YORK LIFE INSURANCE POLICY | 3,000.00 | 0.00 | | 0.00 | FA |
| 11. GREAT WEST IRC 457 DEF COMP PLAN 401K | 14,529.47 | 0.00 | | 0.00 | FA |
| 12. PUBLIC SAFETY RETIREMENT SYSTEM RETIREMENT PLAN | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2004 NISSAN ARMADA WITH 118,000 MILES | 11,110.00 | 0.00 | | 0.00 | FA |
| 14. 2004 BMW 545I WITH 89,237 MILES | 15,590.00 | 0.00 | | 0.00 | FA |
| 15. 2002 YAMAHA MINIBIKE 90CC, NOT RUNNING | 300.00 | 0.00 | | 0.00 | FA |
| 16. (1) BROWNING RIFLE AND (1) 12 GA. SHOTGUN REQUIRED | 800.00 | 0.00 | | 0.00 | FA |
| 17. FEDERAL & STATE INCOME TAX REFUNDS (u) | 0.00 | 3,855.35 | | 3,855.35 | FA |
| 18. 2007 FEDERAL TAX REFUND (u) | 0.00 | 4,801.03 | | 4,801.03 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values): $226,419.47 | $8,656.38 | | $8,656.38 | $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 11-26817-PHX    SSC    Judge: SARAH S. CURLEY | | Trustee Name: | Lothar Goernitz |
| Case Name: | WAHLBERG, TIMOTHY FREDERICK | | Date Filed (f) or Converted (c): | 09/20/11 (f) |
| | WAHLBERG, JENNIFER LOUISE | | 341(a) Meeting Date: | 10/24/11 |
| | | | Claims Bar Date: | 09/04/12 |

Initial Projected Date of Final Report (TFR): 10/11/14          Current Projected Date of Final Report (TFR): 10/08/14

Case 2:11-bk-26817-SSC    Doc 38    Filed 12/28/12    Entered 12/28/12 09:50:52    Desc
Main Document    Page 4 of 12

Case No:  11-26817-PHX -SSC

Case Name:  WAHLBERG, TIMOTHY FREDERICK

WAHLBERG, JENNIFER LOUISE

Taxpayer ID No:  *******2843

For Period Ending:  11/08/12

Trustee Name:  Lothar Goernitz

Bank Name:  UNION BANK

Account Number / CD #:  *******3422  Checking - Non Interest

Blanket Bond (per case limit):  $ 82,080,307.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t  10/12/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 7,295.33 | | 7,295.33 |

|  |  | COLUMN TOTALS | 7,295.33 | 0.00 | 7,295.33 |
|---|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 7,295.33 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| Net | | 0.00 | 0.00 | |

\* Reversed

t Funds Transfer

Page Subtotals    7,295.33    0.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-26817-PHX -SSC |
| Case Name: | WAHLBERG, TIMOTHY FREDERICK |
| | WAHLBERG, JENNIFER LOUISE |
| Taxpayer ID No: | *******2843 |
| For Period Ending: | 11/08/12 |

| | |
|---|---|
| Trustee Name: | Lothar Goernitz |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******1056 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 82,080,307.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/12 | 17 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 2,676.35 | | 2,676.35 |
| 05/18/12 | 000001 | CLERK, U.S. BANKRUPTCY COURT | REOPEN CASE FEE | 2700-000 | | 260.00 | 2,416.35 |
| | | 230 N. 1ST AVE, SUITE 101 | | | | | |
| | | PHOENIX, AZ 85003-1706 | | | | | |
| 06/12/12 | 17 | STATE OF ARIZONA | TAX REFUND | 1224-000 | 1,179.00 | | 3,595.35 |
| 06/12/12 | 000002 | TIMOTHY WAHLBERG | PRORATA PORTION OF TAX REFUND | 8500-000 | | 1,079.00 | 2,516.35 |
| | | JENNIFER WAHLBERG | | | | | |
| | | 1148 N. BARKLEY | | | | | |
| | | MESA, AZ 85203 | | | | | |
| 06/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.09 | 2,513.26 |
| 07/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.30 | 2,509.96 |
| 08/23/12 | 18 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 4,801.03 | | 7,310.99 |
| 08/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.98 | 7,307.01 |
| 09/28/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 8.39 | 7,298.62 |
| 10/12/12 | | Bank of America | BANK FEES | 2600-000 | | 3.29 | 7,295.33 |
| | | 901 Main Street | | | | | |
| | | 10th Floor | | | | | |
| | | Dallas, TX 75283 | | | | | |
| t 10/12/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 7,295.33 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 8,656.38 | 8,656.38 |

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 11-26817-PHX -SSC |
| Case Name: | WAHLBERG, TIMOTHY FREDERICK |
| | WAHLBERG, JENNIFER LOUISE |
| Taxpayer ID No: | *******2843 |
| For Period Ending: | 11/08/12 |

| | |
|---|---|
| Trustee Name: | Lothar Goernitz |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******1056  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 82,080,307.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,656.38 | 8,656.38 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 7,295.33 | |
| | | | Subtotal | | 8,656.38 | 1,361.05 | |
| | | | Less: Payments to Debtors | | | 1,079.00 | |
| | | | Net | | 8,656.38 | 282.05 | |

\* Reversed
t Funds Transfer

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - *******3422 | 0.00 | 0.00 | 7,295.33 |
| Checking - Non Interest - *******1056 | 8,656.38 | 282.05 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 8,656.38 | 282.05 | 7,295.33 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

LFORM24  UST Form 101-7-TFR (5/1/2011) (Page: 7)  Case 2:11-bk-26817-SSC   Doc 38   Filed 12/28/12   Entered 12/28/12 09:50:52   Desc
Main Document      Page 7 of 12

Ver: 17.00b

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Date: November 08, 2012

| Case Number: | 11-26817-PHX | | | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | WAHLBERG, TIMOTHY FREDERICK | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001￼2700-00 | CLERK, U.S. BANKRUPTCY COURT￼230 N. 1ST AVE, SUITE 101￼PHOENIX, AZ 85003-1706 | Administrative | | $260.00 | $260.00 | $0.00 |
| 10￼040￼5800-00 | DEPARTMENT OF THE TREASURY￼INTERNAL REVENUE SERVICE￼PO BOX 7346￼PHILADELPHIA PA 19101-7346 | Priority | | $4,753.65 | $0.00 | $4,753.65 |
| 1￼070￼7100-00 | DISCOVER BANK￼DB SERVICING CORPORATION￼PO BOX 3025￼NEW ALBANY, OH 43054-3025 | Unsecured | | $8,106.00 | $0.00 | $8,106.00 |
| 2￼070￼7100-00 | DISCOVER BANK￼DB SERVICING CORPORATION￼PO BOX 3025￼NEW ALBANY, OH 43054-3025 | Unsecured | | $8,483.61 | $0.00 | $8,483.61 |
| 3￼070￼7100-00 | QUANTUM3 GROUP LLC AS￼AGENT FOR￼WORLD FINANCIAL NETWORK￼BANK￼PO BOX 788￼KIRKLAND, WA 98083-0788 | Unsecured | | $1,991.38 | $0.00 | $1,991.38 |
| 4￼070￼7100-00 | FIA CARD SERVICES, N.A.￼PO BOX 15102￼WILMINGTON, DE 19886-5102 | Unsecured | | $22,049.11 | $0.00 | $22,049.11 |
| 5￼070￼7100-00 | CAPITAL ONE BANK (USA), N.A.￼PO BOX 71083￼CHARLOTTE, NC 28272-1083 | Unsecured | | $11,820.88 | $0.00 | $11,820.88 |
| 6￼070￼7100-00 | NORDSTROM FSB￼P.O. BOX 6566￼ENGLEWOOD, CO 80155 | Unsecured | | $2,376.15 | $0.00 | $2,376.15 |
| 7￼070￼7100-00 | ARIZONA FEDERAL CREDIT UNION￼PO BOX 60070￼PHOENIX AZ 85082 | Unsecured | | $10,347.54 | $0.00 | $10,347.54 |
| 8￼070￼7100-00 | ARIZONA FEDERAL CREDIT UNION￼PO BOX 60070￼PHOENIX AZ 85082 | Unsecured | | $4,576.54 | $0.00 | $4,576.54 |
| 9￼070￼7100-00 | CAPITAL ONE, N.A.￼C/O BASS & ASSOCIATES, P.C.￼3936 E. FT. LOWELL ROAD, SUITE￼#200￼TUCSON, AZ 85712 | Unsecured | | $2,887.45 | $0.00 | $2,887.45 |

Case 2:11-bk-26817-SSC    Doc 38    Filed 12/28/12    Entered 12/28/12 09:50:52    Desc
Main Document      Page 8 of 12

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number:   11-26817-PHX

Claim Class Sequence

Debtor Name:   WAHLBERG, TIMOTHY FREDERICK

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|------------------------|-------------|-------|---------------|--------------|---------------|
| | Case Totals: | | | $77,652.31 | $260.00 | $77,392.31 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

Case 2:11-bk-26817-SSC    Doc 38   Filed 12/28/12   Entered 12/28/12 09:50:52   Desc
Main Document       Page 9 of 12

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-26817-PHX SSC
Case Name: WAHLBERG, TIMOTHY FREDERICK
         WAHLBERG, JENNIFER LOUISE
Trustee Name: Lothar Goernitz

    Balance on hand                                    $

    Claims of secured creditors will be paid as follows:


                              NONE



    Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Lothar Goernitz | $ | $ | $ |
| Trustee Expenses: Lothar Goernitz | $ | $ | $ |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance                                           $_____


    Applications for prior chapter fees and administrative expenses have been filed as follows:


                              NONE



    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | DEPARTMENT OF THE TREASURY | $ | $ | $ |

Total to be paid to priority creditors         $_____

Remaining Balance         $_____


        The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

        Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

        Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ | $ | $ |
| 2 | DISCOVER BANK | $ | $ | $ |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 4 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 5 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 6 | NORDSTROM FSB | $ | $ | $ |
| 7 | ARIZONA FEDERAL CREDIT UNION | $ | $ | $ |
| 8 | ARIZONA FEDERAL CREDIT UNION | $ | $ | $ |
| 9 | CAPITAL ONE, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

UST Form 101-7-TFR (5/1/2011) (Page: 11)
Case 2:11-bk-26817-SSC    Doc 38    Filed 12/28/12    Entered 12/28/12 09:50:52    Desc
Main Document      Page 11 of 12

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE